# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

LARRY LYNN ROBINSON,  §
    Plaintiff,  §
        §    No. 3:10-CV-1219-P-BF
v.  §
        §
GARLAND, TX POLICE DEPT., ET AL.,  §
    Defendants.  §

## ORDER

After conducting a *de novo* review, the Court finds that the Findings, Conclusions and

Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and

conclusions of the Court.

IT IS SO ORDERED.

Signed this _14th_ day of _November_, 2010.


_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE